KAYE SCHOLER LLP
   Michael Malecek (Cal. Bar No. 171034)
   michael.malecek@kayescholer.com
   Timothy Chao (Cal. Bar No. 261720)
   timothy.chao@kayescholer.com
Two Palo Alto Square
Suite 400
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Attorneys for Plaintiff GOOGLE INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., <br><br>    Plaintiff, <br><br>v. <br><br>CONTENTGUARD HOLDINGS, INC., <br><br>    Defendant. | Case No. 3:14-cv-00498 <br><br>**GOOGLE'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** <br><br>**DEMAND FOR JURY TRIAL** |

    Under Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this date, plaintiff Google Inc. ("Google") has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

    Under Civil L.R. 3-16, the undersigned certifies that the following listed persons, association of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Motorola Mobility LLC
- Pendrell Corporation
- Time Warner Inc.

Defendant ContentGuard Holdings, Inc. ("ContentGuard") has sued Motorola Mobility LLC for alleged infringement of the patents that are the subject of this action.  Pendrell Corporation and Time Warner Inc. are shareholders of ContentGuard.

Dated: January 31, 2014

Respectfully submitted,

KAYE SCHOLER LLP

By:     /s/ *Michael Malecek*
  Michael Malecek
Attorneys for Plaintiff
GOOGLE INC.