United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC,

    Plaintiff,

  v.

CONTENTGUARD HOLDINGS INC.,

    Defendant.
                                /

No. C 14-00498 WHA

**ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

The *pro hac vice* application of Attorney Holly Engelmann (Dkt. No. 18) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "Texas" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of Texas). While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

    **IT IS SO ORDERED.**

Dated: February 24, 2014.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE