Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC.,

Plaintiff(s),

v.

CONTENTGUARD HOLDINGS, INC

Defendant(s).

Case No: 3:14-cv-00498

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

I, Holly Engelmann, an active member in good standing of the bar of the Supreme Court of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: CONTENTGUARD HOLDINGS, INC in the above-entitled action. My local co-counsel in this case is Courtland Reichman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
300 Crescent Court, Suite 1500
Dallas, Texas 75201

MY TELEPHONE # OF RECORD:
(214) 978-4205

MY EMAIL ADDRESS OF RECORD:
hengelmann@mckoolsmith.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(650) 394-1400

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
creichman@mckoolsmith.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24040865.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/24/14

Holly Engelmann
APPLICANT

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Holly Engelmann is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 24, 2014.

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE