United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOOGLE, INC.,

    Plaintiff,

  v.

CONTENTGUARD HOLDINGS, INC.,

    Defendant.

No. C 14-00498 WHA

**ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION TO ENJOIN**

On February 19, plaintiff filed a "motion to enjoin defendant from pursuing duplicative litigation," noticed for April 3 (Dkt. No. 15). On February 25, the parties filed a stipulation seeking to extend defendant's time to respond to the motion to March 14. Good cause has not been shown to support such an extension. Given the parties' cooperation, however, defendant's opposition is due **MARCH 12** and the reply is due **MARCH 19**.

    **IT IS SO ORDERED.**

Dated: February 26, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE