IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOOGLE, INC.,

    Plaintiff,

  v.

CONTENTGUARD HOLDINGS, INC.,

    Defendant.

        /

No. C 14-00498 WHA

**ORDER GRANTING MOTION TO STAY**

Three pending actions are relevant to this order: (1) *Contentguard Holdings, Inc. v. Amazon.com, Inc., et al.*, No. 2:13-cv-01112-JRG (E.D. Tex. Dec. 18, 2013) (Judge Rodney Gilstrap) ("*Amazon* action"); (2) *Google, Inc. v. ContentGuard Holdings, Inc.*, No. 3:14-cv-00498-WHA (N.D. Cal. Jan. 31, 2014) (Judge William Alsup) (this action); and (3) *ContentGuard Holdings, Inc. v. Google, Inc.*, No. 2:14-cv-00061-JRG-RSP (E.D. Tex. Feb. 5, 2014) (Judge Rodney Gilstrap) ("*Google* Texas action").

In this action, in March 2014, defendant ContentGuard Holdings, Inc. moved to stay, transfer, or dismiss this action in light of the actions pending in the Eastern District of Texas. Google opposed, arguing, *inter alia*, that this action was the first-filed action and the customer-suit exception applied. A March 2014 order held in abeyance ContentGuard's fully-briefed motion to allow our sister district to rule on the motions pending there.

On April 15, Judge Gilstrap denied Google's motion to stay, denied ContentGuard's motion to consolidate the *Amazon* action and the *Google* Texas action, and held in abeyance Motorola Mobility, LLC's motion to sever (Dkt. No. 109). Judge Gilstrap deemed the *Amazon* action first-filed and found that the customer-suit exception did not apply.

Having considered Judge Gilstrap's twelve-page order, the interests of comity and judicial efficiency, and ContentGuard's motion herein, this action is **STAYED**. The case management conference set for May 1 is **VACATED**. If anything changes materially, either side may seek relief from the stay.

**IT IS SO ORDERED.**

Dated: April 15, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2