IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOOGLE, INC.,

      Plaintiff,

  v.

CONTENTGUARD HOLDINGS, INC.,

      Defendant.

No. C 14-00498 WHA

**ORDER SETTING STATUS CONFERENCE**

An April 15 order stayed this action. *See Contentguard Holdings, Inc. v. Amazon.com, Inc., et al.*, No. 2:13-cv-01112-JRG (E.D. Tex. Dec. 18, 2013); *ContentGuard Holdings, Inc. v. Google, Inc.*, No. 2:14-cv-00061-JRG (E.D. Tex. Feb. 5, 2014).

By **NOON ON NOVEMBER 25**, the parties shall please file a joint status statement regarding the proceedings in Texas. A status conference is hereby set for **DECEMBER 4, 2014, AT 11:00 A.M.** in Courtroom 8, on the 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: April 24, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE