IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONTENTGUARD HOLDINGS, INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. C 14-00498 WHA<br><br><br><br>**ORDER CONTINUING STATUS CONFERENCE** |

　　　An April 2014 order stayed this action (Dkt. No. 42). *See Contentguard Holdings, Inc. v. Amazon.com, Inc., et al.*, No. 2:13-cv-01112-JRG (E.D. Tex.); *ContentGuard Holdings, Inc. v. Google, Inc.*, No. 2:14-cv-00061-JRG (E.D. Tex.).

　　　The Court is in receipt of the parties' joint status report (Dkt. No. 44). The December 4 status conference is hereby continued to **FEBRUARY 19, 2015 AT 11:00 A.M.** A joint status statement is due **FEBRUARY 12 AT NOON**.

　　　**IT IS SO ORDERED.**

Dated: November 25, 2014.

　　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE