IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE, INC., | No. C 14-00498 WHA |
| Plaintiff, | |
| v. | |
| CONTENTGUARD HOLDINGS, INC., | **ORDER RE JOINT STATUS REPORT AND VACATING STATUS HEARING** |
| Defendant. | |

A prior order stayed this action in light of a concurrent action in Texas (Dkt. No. 42). The Court is in receipt of the parties' joint status report (Dkt. No. 46). A joint status statement is due by **MAY 13 AT NOON**. The February 19 status hearing is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: February 12, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE