IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOOGLE, INC.,

    Plaintiff,

  v.

CONTENTGUARD HOLDINGS, INC.,

    Defendant.

No. C 14-00498 WHA

**ORDER TO SHOW CAUSE**

    A prior order stayed this action in light of a concurrent action in Texas (Dkt. No. 42). On March 31, Judge Rodney Gilstrap denied Google, Inc.'s motion to reconsider the denial of the motion to transfer to this district. ContentGuard Holdings, Inc. thus requests dismissal of this action (Dkt. No. 49). By **APRIL 9 AT NOON**, Google shall please file a response (not to exceed five pages) showing cause why this action should not be dismissed.

**IT IS SO ORDERED.**

Dated: April 3, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE