IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE, INC., | No. C 14-00498 WHA |
| Plaintiff, | |
| v. | |
| CONTENTGUARD HOLDINGS, INC., | **ORDER RE DISMISSAL** |
| Defendant. | |

A prior order stayed this action in light of a concurrent, mirror-image action in Texas (Dkt. No. 42). On March 31, Judge Rodney Gilstrap denied Google, Inc.'s motion to reconsider the denial of the motion to transfer to this district. ContentGuard Holdings, Inc. thus requests dismissal of this action (Dkt. No. 49). When asked to show good cause why this action should not be dismissed, Google only stated that it was "actively considering" whether to file a petition for review of Judge Gilstrap's decision not to transfer. Since no good cause has been shown and for reasons of judicial economy, this action is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE